BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Email: Rebecca_Silbert@fd.org

Counsel for Defendant LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-93-00216 CAL (SI) |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER SETTING BRIEFING** |
| vs. ) | **SCHEDULE AND CONTINUING** |
| ) | **HEARING DATE** |
| GREGORY LEE, ) | |
| ) | Current Date: May 30, 2008 |
| Defendant. ) | Requested Date: June 6, 2008 |
| _____ ) | |

On May 6, 2008, defendant Gregory Lee filed a motion for resentencing. The Court set this matter for hearing on Friday, May 30, 2008 at 11:00 a.m. Counsel for Mr. Lee has a conflict on May 30, and the parties respectfully request that the hearing be continued to Friday, June 6, 2008 at 11:00 a.m. The parties further request the following briefing schedule: government opposition to be filed by Friday, May 23, 2008; defendant's reply to be filed by Friday, May 30,

//

//

//

//

Lee Stip to continue hearing, 93-00216 CAL          1

2008.  The Speedy Trial Act does not apply in this matter because Mr. Lee has already been sentenced.

IT IS SO STIPULATED:

Date:   May 13, 2008

/S/
_____
Rebecca Sullivan Silbert
Counsel for Gregory Lee

Date:   May 13, 2008

/S/
_____
Owen Martikan
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the above stipulation, the Court hereby ORDERS that the motion hearing in the above-captioned matter be continued to Friday, June 6, 2008 at 11:00 a.m.  The government shall file an opposition by Friday, May 23, 2008, and the defendant shall file a reply by Friday, May 30, 2008.

Date:
_____
Honorable Susan J. Illston
Judge, United States District Court

Lee Stip to continue hearing, 93-00216 CAL                 2